UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                      :
MILTON WILLIAMS,                                      :
                                                      :
                                Plaintiff,            :
                                                      :           22-CV-2612 (VSB)
                   -against-                          :
                                                      :           **ORDER**
AMERICAN HERITAGE TEXTILES, LLC,  :
                                                      :
                                Defendant.            :
                                                      :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the remaining parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated:  May 2, 2022
        New York, New York

                                        Vernon S. Broderick
                                        United States District Judge